UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TELLY WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-2998** |
| **JACK STRAIN** | **SECTION: "H"(4)** |

### ORDER

Before the Court are the Report and Recommendations of the Magistrate Judge (Doc. 13) and the objections thereto (Doc. 16). The Magistrate Judge recommended that this Court dismiss the petition without prejudice because Petitioner has included both exhausted and unexhausted claims. In his objection to the Report and Recommendations, Petitioner requests that the Court permit him to amend his petition to remove the unexhausted claims so that he can proceed on his exhausted claims only. The Court **GRANTS** this request. Petitioner's unexhausted claims are **DISMISSED WITHOUT PREJUDICE** and this matter is referred back to the Magistrate Judge for consideration of Petitioners exhausted claims only.

New Orleans, Louisiana, on this 25th day of April, 2014.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE